

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2020

No. 04-19-00330-CR

Michael Henry **SOLIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A11638
Honorable N. Keith Williams, Judge Presiding

## O R D E R

On January 30, 2020, we granted appellant's motion for access to the appellate record, and the clerk of this court forwarded to appellant all appellate records that were filed in this court. On February 26, 2020, appellant filed a Motion for Production of Records in which he requested production of records from the Kerr County Adult Supervision Department and also requested we stay this appeal "until these records can be produced and received … ." The appellate record has been provided to appellant. *See Kelly v. State*, 435 S.W.3d 313 (Tex. Crim. App. 2014). Accordingly, appellant's Motion for Production of Records is DENIED.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court